JEFFERY C. LONG, State Bar # 009430
**LEVANGIE LONG LOORZ**
2969 Prospect Park Drive Suite #125
Rancho Cordova, CA 95670
Tel:  (916) 443-4849
Fax:  (916) 443-4855

JENNIFER MAHE, State Bar #009620
**MAHE LAW, LTD.**
707 N. Minnesota Street, Suite D
Carson City, NV  89703
Tel:  (775) 297-4321
Fax:  (775) 297-4258

Attorneys for Defendant
B&B MEDICAL SERVICES INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVI PEREZ-REYES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>B&B MEDICAL SERVICES INC., an Oklahoma corporation<br><br>Defendants. | CASE NO. 2:24-cv-01895<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**<br><br>Pursuant to Fed. R. Civ. P. 6(b)(1)<br><br>Complaint filed:     10/10/24<br>Trial Date:             Not assigned. |

IT IS HEREBY STIUPLATED by and between the parties, Plaintiff DAVI PEREZ-REYES (hereafter, "Plaintiff") and Defendant B&B MEDICAL SERVICES INC. (hereafter, "Defendant"), through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed his Complaint on October 10, 2024.

WHEREAS, Plaintiff served the Summons and Complaint with a Waiver of Service of Summons on October 15, 2024. Counsel for Defendant executed and returned the Waiver of Service on November 4, 2024.

WHEREAS, Defendant desires additional time to prepare and file a responsive pleading.

WHEREAS, Plaintiff is willing to provide additional time for Defendant to prepare and file its responsive pleading.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATION THAT:

1. Defendant's last day to file its pleading in response to the Complaint on file in this matter is extended from December 16, 2024 to January 7, 2025.

IT IS SO STIPULATED AND AGREED.

Dated: December 16, 2024                LEVANGIE LONG LOORZ

                                                                                              _____
                                                                                              JEFFERY C. LONG
                                                                                              Attorneys for Defendant
                                                                                              B&B MEDICAL SERVICES INC.

Dated: December 20, 2024                GREENBERG GROSS LLP

                                                                                             _____
                                                                                             MICHAEL A. BURNETTE
                                                                                              Attorney for Plaintiff
                                                                                              DAVI PEREZ-REYES

**IT IS SO ORDERED**.

Dated: _12/23/2024_____

                                                                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE

*Davi Perez-Reyes v. B&B Medical Services, Inc.*
U.S. District Court Case No. 2:24-cv-01895

# PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 2969 Prospect Park Drive, Ste 125, Rancho Cordova, California, 95670, which is located in the county in which the within-mentioned service occurred.

On this date, I served the following document(s): **STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING** to each addressee named below:

| |
|---|
| Alan A. Greenberg<br>Jemma E. Dunn<br>Michael A. Burnette<br>**GREENBERG GROSS LLP**<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135<br>Phone: (702) 777-0888 \| Fax: (702) 777-0801<br>*AGreenberg@GGTrialLaw.com;*<br>*JDunn@GGTrialLaw.com;*<br>*MBurnette@GGTrialLaw.com*<br>**Attorneys for Plaintiff**<br>**Davi Perez-Reye** |

[ ]   ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document(s) to the persons at the e-mail address(es) listed above, pursuant to NRCP 5(e) and based on stipulation of counsel and notice provided that, during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

[X]   (ECF) A true copy of said document(s) was/were e-filed with the U.S. District Court, District of Nevada. Once e-filed, these documents are transmitted through the court's ECF server to the interested parties to this action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on December 20, 2024, at Rancho Cordova, California.

*Holly Marquard*
Holly Marquard