1 | JEMMA E. DUNN
Nevada Bar No. 16891
2 | MATTHEW T. HALE
Nevada Bar No. 16880
3 | MICHAEL A. BURNETTE
Nevada Bar No. 16210
4 | GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
5 | Las Vegas, Nevada 89135
Telephone: (702) 777-0888
6 | Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
7 |  *MHale@GGTrialLaw.com*
  *MBurnette@GGTrialLaw.com*
8
*Attorneys for Plaintiff*
9 | *Davi Perez-Reyes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| DAVI PEREZ-REYES, an individual, | Case No.: 2:24-cv-01895-APG-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| B&B MEDICAL SERVICES INC., an Oklahoma Corporation, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1  Plaintiff Davi Perez-Reyes ("Plaintiff"), by and through his counsel of record, the law firm
2 of Greenberg Gross LLP, and Defendant B&B Medical Services by and through its counsel of
3 Record, the law firm of LeVangie Long Loorz pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(A)(ii) hereby stipulate to the Dismissal of Prejudice in this action, including all claims
5 against all parties, with each party to bear its own attorneys' fees and costs.

| /s/ Michael A. Burnette | /s/ Jeffery C. Long |
|---|---|
| JEMMA E. DUNN | JEFFERY C. LONG |
| Nevada Bar No. 16229 | LeVangie Long Loorz |
| MATTHEW T. HALE | Nevada Bar No. 9430 |
| Nevada Bar No. 16880 | 2969 Prospect Park Dr., Suite 125 |
| MICHAEL A. BURNETTE | Sacramento, CA 95670 |
| Nevada Bar No. 16210 | |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: May 8, 2025